CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 10 2012
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BARBOUR, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>VIRGINIA DEPARTMENT OF )<br>CORRECTIONS WESTERN )<br>REGIONAL DIRECTOR, )<br>    Defendants. ) | Civil Action No. 7:12-cv-00298<br><br>**ORDER**<br><br>By:  Hon. James C. Turk<br>      Senior United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); it is

**CERTIFIED** that an appeal of this order would not be taken in good faith, pursuant to 28 U.S.C.

§ 1915(a)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 10th day of July, 2012.

_____
Senior United States District Judge